UNITED STATES DISTRICT COURT<br>DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Crim. No. 21-MJ-548-RMM-1 |
| v. : | |
| : | NOTICE OF ATTORNEY |
| : | APPEARANCE |
| DONALD SMITH : | |
|   Defendant : | |

PLEASE enter the appearance of Christopher O'Malley, Assistant Federal Public Defender, to represent Donald Smith in the above captioned matter

Respectfully submitted,

s/ *Christopher O'Malley*

CHRISTOPHER O'MALLEY
Assistant Federal Public Defender
Office of the Federal Public Defender
District of New Jersey
800-840 Cooper Street, Suite 350
Camden, NJ 08102

Dated: August 13, 2021