# NON-NEGOTIABLE NOTICE OF ACCEPTANCE

Notice Date: Day: Thirty        Month: Nine        Year: 2021CE

U.S. District Court
District of Columbia (Washington, DC)
Honorable Magistrate Judge
Robin M. Meriweather
333 Constitution Avenue NW
Washington, D.C. 20001

*[handwritten annotation:]* Let this be filed. All relief requested is DENIED. Royce C. Lamberth U.S.D.J. 10/21/21

In reply to: "Case 1:21-mj-00548-RMM  Document5 Filed 07/29/21 Page 1 of 1 AO442 (Rev. 11/11) Arrest Warrant UNITED STATES DISTRICT COURT for the District of Columbia United States of America v. DONALD SMITH Case: 1:21-mj-00548 Assigned To: Meriweather, Robin M. Assign. Date: 7/28/2021 Description: COMPLAINT W/ ARREST WARRANT ARREST WARRANT Date: 07/28/2021 Robin M. Meriweather U.S. Magistrate Judge   Return Date: 07/30/2021 Nicole Canales"

**PLEASE TAKE NOTICE** that I, Donald John Smith, a sentient moral being, accept your Presentment "Case 1:21-mj-00548-RMM  Document5 Filed 07/29/21 Page 1 of 1 AO442 (Rev. 11/11) Arrest Warrant UNITED STATES DISTRICT COURT for the District of Columbia United States of America v. DONALD SMITH Case: 1:21-mj-00548 Assigned To: Meriweather, Robin M. Assign. Date: 7/28/2021 Description: COMPLAINT W/ ARREST WARRANT ARREST WARRANT Date: 07/28/2021 Robin M. Meriweather U.S. Magistrate Judge   Return Date: 07/30/2021 Nicole Canales" and return your offer herein attached to you. I request you issue me the Order of the Court.

I indicate my acceptance of your offer by my signature and date.

- I do not argue the facts, jurisdiction, law, or venue.
- I request you issue me the Appearance Bond and waive all Public costs.
- I request you close the Account and issue the Order of the Court to me immediately.
- I request you adjust and set-off all Public Charges by the exemption in accord with Public Policy.
- I request discharge.

Please respond within three (3) days from the date you receive this NON-NEGOTIABLE NOTICE OF ACCEPTANCE. Dishonor may result if you fail to respond.

*[Received stamp: OCT - 4 2021, Angela D. Caesar, Clerk of Court, U.S. District Court, District of Columbia]*

Sincerely,

*Donald John Smith* *(signature)*

Donald John Smith
c/o 25 Chiswick Drive
Lindenwold, New Jersey

Attachment: "Case 1:21-mj-00548-RMM  Document5 Filed 07/29/21 Page 1 of 1 AO442 (Rev. 11/11) Arrest Warrant UNITED STATES DISTRICT COURT for the District of Columbia United States of America v. DONALD SMITH Case: 1:21-mj-00548 Assigned To: Meriweather, Robin M. Assign. Date: 7/28/2021 Description: COMPLAINT W/ ARREST WARRANT ARREST WARRANT Date: 07/28/2021 Robin M. Meriweather U.S. Magistrate Judge   Return Date: 07/30/2021 Nicole Canales"

**NON-NEGOTIABLE NOTICE OF ACCEPTANCE**
Notice Date: Day: Thirty     Month: Nine     Year: 2021 CE

U.S. District Court
District of Columbia (Washington, DC)
Honorable Magistrate Judge
Robin M. Meriweather
333 Constitution Avenue NW
Washington, D.C. 20001

cc: Nicole Canales, Special Agent, Federal Bureau of Investigation, c/o U.S. District Court, District of Columbia (Washington, DC), Angela D. Caesar, Clerk of Court, 333 Constitution Avenue NW, Washington, D.C. 20001
cc: CHANNING D. PHILLIPS, ACTING UNITED STATES ATTORNEY, 555 Fourth Street, N.W., Washington, D.C. 20530
cc: Christopher Amore, Assistant United States Attorney, District of Columbia, Capitol Riot Detailee, 555 Fourth Street, N.W., Washington, D.C. 20530
cc: U.S. District Court, District of Columbia (Washington, DC), Honorable Beryl A. Howard, Chief Judge, 333 Constitution Avenue NW, Washington, D.C. 20001
cc: U.S. District Court, District of Columbia (Washington, DC), Honorable Magistrate Judge, Zia M. Faruqui, 333 Constitution Avenue NW, Washington, D.C. 20001
cc: U.S. District Court, District of Columbia (Washington, DC), Honorable Magistrate Judge, G. Michael Harvey, 333 Constitution Avenue NW, Washington, D.C. 20001
cc: U.S. District Court, District of Columbia (Washington, DC), Angela D. Caesar, Clerk of Court, 333 Constitution Avenue NW, Washington, D.C. 20001
cc: Christopher Amore, DOJ-USAO, District of New Jersey, 970 Broad Street, Ste 700, Newark, New Jersey 07102
cc: Christopher O'Malley, FEDERAL PUBLIC DEFENDER'S OFFICE, 800-840 Cooper Street, Suite 350, Camden, New Jersey 08102
cc: U.S. Attorney Kelly Smith, Christopher Amore, DOJ-USAO, District of New Jersey, 970 Broad Street, Ste 700, Newark, New Jersey 07102

"**Accepted**"

AO 442 (Rev. 11/11) Arrest Warrant

SEP 3 0 2021   *Donald John Smith*

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| v. | ) Case: 1:21-mj-00548 |
| DONALD SMITH | ) Assigned To : Meriweather, Robin M. |
| | ) Assign. Date : 7/28/2021 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   DONALD SMITH,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Violent Entry and Disorderly Conduct on Capitol Grounds;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date:   07/28/2021                                                    2021.07.28 14:19:11 -04'00'
                                                                      *Issuing officer's signature*

City and state:   Washington, D.C.                                    Robin M. Meriweather, U.S. Magistrate Judge
                                                                      *Printed name and title*

### Return

This warrant was received on *(date)* 07/28/2021, and the person was arrested on *(date)* 07/29/2021
at *(city and state)* Linderwold, NJ

Date: 07/30/2021                                                      *Nicole Canales*
                                                                      *Arresting officer's signature*

                                                                      Nicole Canales   Special Agent
                                                                      *Printed name and title*

RECEIVED Mail Room
OCT - 4
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia