# NON-NEGOTIABLE NOTICE OF ACCEPTANCE

Notice Date: Day: Thirty     Month: Nine     Year: 2021C.E.

Christopher O'Malley
CHRISTOPHER O'MALLEY
Assistant Federal Public Defender
Office of the Federal Public Defender
District of New Jersey
800-840 Cooper Street, Suite 350
Camden, New Jersey 08102



*Let this be filed*
*Royce C. Lambreth*
*U.S.D.J.  10/20/21*

In reply to: "Offer Case 1:21-mj-00548-RMM Document 9 Filed 08/13/21 Page 1 of 1 UNITED STATES DISTRICT COURT DISTRICT OF COLUMBIA UNITED STATES OF AMERICA V. DONALD SMITH Crim. No. 21-MJ-5480-RMM NOTICE OF ATTORNEY APPEARANCE Christopher O'Malley Dated: August 13, 2021"

**PLEASE TAKE NOTICE** that I, Donald John Smith, a sentient moral being, accept your Presentment" Case 1:21-mj-00548-RMM Document 9 Filed 08/13/21 Page 1 of 1 UNITED STATES DISTRICT COURT DISTRICT OF COLUMBIA UNITED STATES OF AMERICA V. DONALD SMITH Crim. No. 21-MJ-5480-RMM NOTICE OF ATTORNEY APPEARANCE Christopher O'Malley Dated: August 13, 2021" and I return your offer herein attached, to you. I indicate my acceptance of your offer by my signature and date. As my private lawyer, I request you perform the following duties:

1. Do not argue any facts, jurisdiction, law, or venue in this case.
2. Issue me the Appearance Bond and waive all Public costs.
3. Close the Account and issue the Order of the Court to me immediately.
4. Adjust and set-off all Public Charges by the exemption in accord with Public Policy.
5. Request discharge.

Please respond within three (3) days from the date you receive this NON-NEGOTIABLE NOTICE OF ACCEPTANCE. Dishonor may result if you fail to respond.

Sincerely,

*Donald John Smith*

Donald John Smith
c/o 25 Chiswick Drive
Lindenwold, New Jersey

Attachment: "Case 1:21-mj-00548-RMM Document 9 Filed 08/13/21 Page 1 of 1 UNITED STATES DISTRICT COURT DISTRICT OF COLUMBIA UNITED STATES OF AMERICA V. DONALD SMITH Crim. No. 21-MJ-5480-RMM NOTICE OF ATTORNEY APPEARANCE Christopher O'Malley Dated: August 13, 2021"



RECEIVED Mail Room OCT - 4 2021 Angela D. Caesar, Clerk of Court U.S. District Court, District of Columbia

**NON-NEGOTIABLE NOTICE OF ACCEPTANCE**

Notice Date: Day: Thirty    Month: Nine    Year: 2021 C.E.

Christopher O'Malley
CHRISTOPHER O'MALLEY
Assistant Federal Public Defender
Office of the Federal Public Defender
District of New Jersey
800-840 Cooper Street, Suite 350
Camden, New Jersey 08102



cc: U.S. District Court, District of Columbia (Washington, DC), Honorable Magistrate Judge, Robin M. Meriweather, 333 Constitution Avenue NW, Washington, D.C. 20001

cc: Nicole Canales, Special Agent, Federal Bureau of Investigation, c/o U.S. District Court, District of Columbia (Washington, DC), Angela D. Caesar, Clerk of Court, 333 Constitution Avenue NW, Washington, D.C. 20001

cc: CHANNING D. PHILLIPS, ACTING UNITED STATES ATTORNEY, 555 Fourth Street, N.W., Washington, D.C. 20530

cc: Christopher Amore, Assistant United States Attorney, District of Columbia, Capitol Riot Detailee, 555 Fourth Street, N.W., Washington, D.C. 20530

cc: U.S. District Court, District of Columbia (Washington, DC), Honorable Beryl A. Howard, Chief Judge, 333 Constitution Avenue NW, Washington, D.C. 20001

cc: U.S. District Court, District of Columbia (Washington, DC), Honorable Magistrate Judge, Zia M. Faruqui, 333 Constitution Avenue NW, Washington, D.C. 20001

cc: U.S. District Court, District of Columbia (Washington, DC), Honorable Magistrate Judge, G. Michael Harvey, 333 Constitution Avenue NW, Washington, D.C. 20001

cc: U.S. District Court, District of Columbia (Washington, DC), Angela D. Caesar, Clerk of Court, 333 Constitution Avenue NW, Washington, D.C. 20001

cc: Christopher Amore, DOJ-USAO, District of New Jersey, 970 Broad Street, Ste 700, Newark, New Jersey 07102

cc: Christopher O'Malley, FEDERAL PUBLIC DEFENDER'S OFFICE, 800-840 Cooper Street, Suite 350, Camden, New Jersey 08102

cc: U.S. Attorney Kelly Smith, Christopher Amore, DOJ-USAO, District of New Jersey, 970 Broad Street, Ste 700, Newark, New Jersey 07102