5.1.5 D

# NOTICE OF DISHONOR

Notice Date: Day: Fourteen     Month: Ten     Year: 2021 CE

U.S. District Court
District of Columbia (Washington, DC)
Honorable Magistrate Judge
Robin M. Meriweather
333 Constitution Avenue NW
Washington, D.C  20001



**PLEASE TAKE NOTICE** that instrument "**NON-NEGOTIABLE NOTICE OF ACCEPTANCE**", dated Day Thirty Month Nine Year 2021 CE, in reply to your Presentments "Case 1:21-mj-00548-RMM   Document 8 Filed 08/05/21 Page 1 of 4 AO199A (Rev. 06/19) Order Setting Conditions of Release UNITED STATES DISTRICT COURT for the District of Columbia United States of America v. Donald John Smith Case  No. 21-MJ-548 (RMM) ORDER SETTING CONDITIONS OF RELEASE, Page 2 of 4 AO 199B (Rev. 12/20) Additional Conditions of Release ADDITIONAL CONDITIONS OF RELEASE, Page 3 of 4, Page 4 of 4 AO 199C (Rev. 09/08) Advice of Penalties ADVICE OF PENALTIES AND SANCTIONS Date: 8/5/2021 nunc pro tunc Robin M. Meriweather United States Magistrate Judge, "Case 1:21-mj-00548-RMM   Document 8-1 Filed 08/05/21 Page 1 of 2 AO 98 (Rev. 12/11) Appearance Bond UNITED STATES DISTRICT COURT for the District of Columbia United States of America v. Donald Smith Case  No. 21-548 M-01 APPEARANCE BOND, Page 2 of 2 Declaration CLERK OF COURT Date: 08/05/2021 Signature of Clerk or Deputy Clerk Approved. Date: 08/05/2021 Robin M. Meriweather Judge's Signature" has been dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

Let this be filed.
all suits Rev1180.
Fugue C. Fenster
U.S.a. 9. 14 t29 t21

Sincerely,

*Donald John Smith*

Donald John Smith
c/o 25 Chiswick Drive
Lindenwold, New Jersey

cc: Nicole Canales, Special Agent, Federal Bureau of Investigation, c/o U.S. District Court, District of Columbia (Washington, DC), Angela D. Caesar, Clerk of Court, 333 Constitution Avenue NW, Washington, D.C. 20001
cc: CHANNING D. PHILLIPS, ACTING UNITED STATES ATTORNEY, 555 Fourth Street, N.W., Washington, D.C. 20530

**NOTICE OF DISHONOR**

Notice Date: Day: Fourteen          Month: Ten          Year: 2021 CE

U.S. District Court
District of Columbia (Washington, DC)
Honorable Magistrate Judge
Robin M. Meriweather
333 Constitution Avenue NW
Washington, D.C. 20001

 **COPY**

cc: Christopher Amore, Assistant United States Attorney, District of Columbia, Capitol Riot Detailee, 555 Fourth Street, N.W., Washington, D.C. 20530

cc: U.S. District Court, District of Columbia (Washington, DC), Honorable Beryl A. Howard, Chief Judge, 333 Constitution Avenue NW, Washington, D.C. 20001

cc: U.S. District Court, District of Columbia (Washington, DC), Honorable Magistrate Judge, Zia M. Faruqui, 333 Constitution Avenue NW, Washington, D.C. 20001

cc: U.S. District Court, District of Columbia (Washington, DC), Honorable Magistrate Judge, G. Michael Harvey, 333 Constitution Avenue NW, Washington, D.C. 20001

cc: U.S. District Court, District of Columbia (Washington, DC), Angela D. Caesar, Clerk of Court, 333 Constitution Avenue NW, Washington, D.C. 20001

cc: Christopher Amore, DOJ-USAO, District of New Jersey, 970 Broad Street, Ste 700, Newark, New Jersey 07102

cc: Christopher O'Malley, FEDERAL PUBLIC DEFENDER'S OFFICE, 800-840 Cooper Street, Suite 350, Camden, New Jersey 08102

cc: U.S. Attorney Kelly Smith, Christopher Amore, DOJ-USAO, District of New Jersey, 970 Broad Street, Ste 700, Newark, New Jersey 07102