RECEIVED
Mail Room

OCT 1 9 2021

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

# NOTICE OF DISHONOR

Notice Date: Day: Fourteen          Month: Ten          Year: 2021 CE

U.S. District Court
District of Columbia (Washington, DC)
Honorable Magistrate Judge
Robin M. Meriweather
333 Constitution Avenue NW
Washington, D.C. 20001

**PLEASE TAKE NOTICE** that instrument **"NON-NEGOTIABLE NOTICE OF ACCEPTANCE"**, dated Day Thirty Month Nine Year 2021 CE, in reply to your Presentment "Case 1:21-mj-00548-RMM Document5 Filed 07/29/21 Page 1 of 1 AO442 (Rev. 11/11) Arrest Warrant UNITED STATES DISTRICT COURT for the District of Columbia United States of America v. DONALD SMITH Case: 1:21-mj-00548 Assigned To: Meriweather, Robin M. Assign. Date: 7/28/2021 Description: COMPLAINT W/ ARREST WARRANT ARREST WARRANT Date: 07/28/2021 Robin M. Meriweather U.S. Magistrate Judge    Return Date: 07/30/2021 Nicole Canales" has been dishonored or has not been paid or accepted.

I intend to look to you for payment or performance.

*Let this be filed.*
*all relief DENIED*
*Royce C. Lamberth*
*U.S.D.J. 10/29/21*

Sincerely,

*Donald John Smith*
Donald John Smith
c/o 25 Chiswick Drive
Lindenwold, New Jersey

cc: Nicole Canales, Special Agent, Federal Bureau of Investigation, c/o U.S. District Court, District of Columbia (Washington, DC), Angela D. Caesar, Clerk of Court, 333 Constitution Avenue NW, Washington, D.C. 20001
cc: CHANNING D. PHILLIPS, ACTING UNITED STATES ATTORNEY, 555 Fourth Street, N.W., Washington, D.C. 20530
cc: Christopher Amore, Assistant United States Attorney, District of Columbia, Capitol Riot Detailee, 555 Fourth Street, N.W., Washington, D.C. 20530
cc: U.S. District Court, District of Columbia (Washington, DC), Honorable Beryl A. Howard, Chief Judge, 333 Constitution Avenue NW, Washington, D.C. 20001
cc: U.S. District Court, District of Columbia (Washington, DC), Honorable Magistrate Judge, Zia M. Faruqui, 333 Constitution Avenue NW, Washington, D.C. 20001
cc: U.S. District Court, District of Columbia (Washington, DC), Honorable Magistrate Judge, G. Michael Harvey, 333 Constitution Avenue NW, Washington, D.C. 20001
cc: U.S. District Court, District of Columbia (Washington, DC), Angela D. Caesar, Clerk of Court, 333 Constitution Avenue NW, Washington, D.C. 20001
cc: Christopher Amore, DOJ-USAO, District of New Jersey, 970 Broad Street, Ste 700, Newark, New Jersey 07102
cc: Christopher O'Malley, FEDERAL PUBLIC DEFENDER'S OFFICE, 800-840 Cooper Street, Suite 350, Camden, New Jersey 08102
cc: U.S. Attorney Kelly Smith, Christopher Amore, DOJ-USAO, District of New Jersey, 970 Broad Street, Ste 700, Newark, New Jersey 07102

[11] 5.1.4 D