IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATE OF AMERICA, | : | CRIMINAL NO. 21-616 (RCL) |
| v. | : | MOTION TO RESCHEDULE HEARING |
| DONALD SMITH | : | |

## MOTION TO RESCHEDULE STATUS CONFERNCE

Christopher O'Malley, defense counsel for the above captioned defendant respectfully moves for an Order to adjourn the status conference currently scheduled for May 13, 2022, to May 18, 2022. The United States having been apprised of the need for the new date has no objections. A proposed Order is attached to this Motion. In support thereof, the defense states as follows.

1. The last discovery status conference was held via Zoom on January 21, 2022, and set the subsequent discovery status conference for April 20, 2022.

2. On April 19, 2022, the Court vacated the April 20, 2022 hearing and reset the hearing for May, 13, 2022.

3. Counsel has a conflict with the May 13, 2022, date, and is unable to attend the status conference any time that day. Both parties are available for May 18, 2022, and request the hearing be reset for that date.

WHERFORE, defense counsel respectfully requests this Court issue an Order directing the Clerk of Court to reset the video teleconference currently set for May 13, 2022, to be reset on May 18, 2022.

Respectfully submitted

/s/ *Christopher O'Malley*

Christopher O'Malley
Assistant Federal Public Defender