IN THE UNITES STATES DISTRICT COURT
FOR THE DISTRCT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 21-616 (RCL) |
| v. | : | ORDER TO RESET DISCOVERY STATUS CONFERENCE |
| DONALD SMITH | : | |

**ORDER**

This matter having come before the Court pursuant to the application of defense counsel to reset the currently scheduled discover status conference of May 13, 2022, to May 18, 2022, and the government having no objection.

1. IT IS HERBY ORDERED that the application is granted, and the discovery status conference is now to be held on May 18, 2022 *at 12:45 pm*

_____
ROYCE C. LAMBERTH
United States District Judge