UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | Case No. 21-cr-616 (RCL) |
| v. | : | |
| | : | |
| **DONALD SMITH** | : | |
| | : | |
| Defendant. | : | |

### GOVERNMENT'S MOTION TO DISMISS WITHOUT PREJUDICE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this Motion to Dismiss the Information in this case without prejudice. The Government requests that the Court enter an order dismissing this matter without prejudice.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

By:  *s/ Christopher D. Amore*
Christopher D. Amore
N.Y. Bar No. 5032883
Assistant United States Attorney
Capitol Riots Detailee
601 D Street, N.W.
Washington, DC 20001
Phone: (973) 645-2757
Christopher.Amore@usdoj.gov

1

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused a copy of the foregoing to be served upon counsel of record via the Electronic Case Filing (ECF) system on October 28, 2022.

By: *s/ Christopher D. Amore*
Christopher D. Amore
Assistant United States Attorney