UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Case No. 21-cr-616-RCL |
| DONALD SMITH | |
| *Defendant*. | |

## ORDER

It is hereby **ORDERED** that the government's motion to dismiss the information without prejudice is **GRANTED**. It is therefore **ORDERED** that the information in this case be **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED.

Date: 11/3/22

Royce C. Lamberth
United States District Judge

1